

| | | | | |
|---|---|---|---|---|
| L.T. v. E.T. ................... | 44A03–1703–DR–485 | 08/24/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Jackson v. State ............... | 79A04–1612–CR–2936 | 08/24/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Shelton v. State ............... | 49A02–1703–CR–581 | 08/24/2017 | CRONE, J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Arguello v. State .............. | 71A03–1703–CR–654 | 08/24/2017 | BRADFORD, J.<br>MAY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Gillespie v. Gillespie ............ | 34A05–1607–DR–1692 | 08/24/2017 | ALTICE, J.<br><br>KIRSCH, J.<br>MATHIAS, J. | Affirmed in part, reversed in part, and remanded with instructions<br>Concurs<br>Concurs |
| Pequignot v. State ............. | 02A05–1703–CR–531 | 08/25/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| B.C., Matter of ................ | 79A02–1702–JT–339 | 08/25/2017 | KIRSCH, J.<br>NAJAM, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Civil Commitment of K.E., Matter of ......................... | 49A02–1703–MH–579 | 08/25/2017 | KIRSCH, J.<br>NAJAM, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Martin v. State ................ | 49A02–1703–CR–503 | 08/25/2017 | BARNES, J.<br>MAY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Walts v. State ................. | 09A04–1703–CR–642 | 08/25/2017 | KIRSCH, J.<br>NAJAM, J. | Affirmed<br>Concurs |
| Martin v. State ................ | 71A04–1612–CR–2945 | 08/28/2017 | BARTEAU, Sr.J.<br>MATHIAS, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |